IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARKANSAS STATE HIGHWAY COMMISSION                              PLAINTIFF

v.                          Case No. 09-6033

ARKANSAS MIDLAND RAILROAD CO., INC.;
MISSOURI PACIFIC RAILROAD COMPANY n/k/a
UNION PACIFIC RAILROAD COMPANY; 0.45 ACRE,
more or less of certain land in Hot Springs
County, Arkansas; and ANY PERSONS OR ENTITIES
CLAIMING ANY INTEREST THEREIN                                 DEFENDANTS

### O R D E R

Now on this 16th day of June 2009, there comes on for consideration the report and recommendation filed herein on May 26, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 17). No objections were filed to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant Arkansas Midland Railroad Co., Inc.'s Motion To Strike and Vacate Order of Possession (Doc. 4) and Defendant Union Pacific Railroad Company's filed a Motion to Strike Declaration of Taking and Motion to Set Aside Order of Possession (Doc. 5) are **GRANTED**. The Declaration of Taking and Order of Possession are therefore vacated and stricken from the record.

IT IS SO ORDERED.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge